**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 49 MAL 2024
              : 
      Respondent            : 
              :   Petition for Allowance of Appeal
              :   from the Order of the Superior Court
      v.                  : 
              : 
              : 
JERRY JERON DANIELS,           : 
              : 
      Petitioner             : 

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2024, the Request for Judicial Notice, the Motions for Extraordinary Relief, the Motion for Leave to Supplement or Amend, the Moton/Application Seeking Clarification of the Record, and the Petition for Allowance of Appeal are **DENIED**.